NO. SCWC-29990

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

STATE OF HAWAI'I,
Respondent/Plaintiff-Appellee,

vs.

HYRAM NAO,
Petitioner/Defendant-Appellant,

and

LIZCINDAMAE MATSUO,
Defendant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. 29990; CR. NO. 08-1-0306)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J. Nakayama, Acoba, Duffy, and McKenna, JJ.)

Petitioner/Defendant-Appellant's application for writ of

certiorari filed on January 11, 2012, is hereby rejected.

DATED: Honolulu, Hawai'i, February 24, 2012.

Audrey E. Stanley, Deputy           /s/ Mark E. Recktenwald
Public Defender, for
petitioner/defendant-appellant      /s/ Paula A. Nakayama
on the application

                                    /s/ Simeon R. Acoba, Jr.

                                    /s/ James E. Duffy, Jr.

                                    /s/ Sabrina S. McKenna

